

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2022_

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Michael G. Lewis
Michael.Lewis@us.dlapiper.com
T  212.335.4945
F  917.778.8722

September 21, 2022

*Via ECF*

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *U.S. Bank National Association v. Mattone Group Jamaica Co., LLC, et al.*,
             1:21CV09342(AT)—Letter Regarding Order of Reference

Dear Judge Torres:

      We write on behalf of defendant Mattone Group Jamaica Co., LLC, regarding the Court's Amended Order of Reference to a Magistrate Judge, dated September 21, 2022 (ECF No. 52). During the settlement conference on May 3, 2022 (the "Settlement Conference"), the parties disclosed certain confidential information to Magistrate Judge Moses to facilitate settlement discussions. In light of the information provided during the Settlement Conference, we respectfully request the Court refer this action to a different Magistrate Judge for general pretrial purposes, including the existing discovery dispute.

      We appreciate the Court's consideration of this request.

                              Respectfully submitted,

                              /s/   *Michael G. Lewis*
                              Michael G. Lewis

cc:    All Counsel of Record (*via* ECF)

DENIED.

SO ORDERED.

Dated: September 22, 2022
       New York, New York

                              ANALISA TORRES
                           United States District Judge