UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2012-GCJ9, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of November 1, 2012,

        Plaintiff,

-against-

MATTONE GROUP JAMAICA CO., LLC, et al.,

        Defendants.

21-CV-9342 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during this afternoon's conference, it is hereby ORDERED as follows:

1. <u>Additional Document Production by Plaintiff</u>. No later than **October 21, 2022**, plaintiff shall produce the following documents (to the extent they are in its possession, custody, or control and were not previously produced):

    a. All correspondence between Rialto Capital and Wells Fargo, from January 1, 2020, to the present, concerning payoff statements, bring-current statements, and P&I allocation against defendants' loan balance;

    b. All data from the Rialto Capital Asset Management System (RCAMS), from April 1, 2020, to the present, evidencing defendants' requests for the

        information listed in ¶ 1(a), *supra*, and plaintiffs' responses, if any, to those requests (including any internal inquiries or other correspondence);

    c.    All correspondence between Rialto Capital and Wells Fargo, from April 1, 2020, to the present, concerning defendants' request(s) for COVID-related loan repayment relief; and

    d.    All documents, from April 1, 2020, to the present, concerning advances paid on defendants' behalf to New York City (including its agencies and subdivisions) in respect of property taxes and/or ground lease payments.

2.    <u>Additional Document Production by Defendants</u>. No later than **October 21, 2022**, defendants shall produce the following documents (to the extent they are in their possession, custody, or control and were not previously produced): documents sufficient to show (a) the creation of the attorney escrow account(s) described in plaintiff's RFP 1 dated September 6, 2022 (Dkt. 57-1 at ECF page 13); (b) the source of the funds in those account(s); (c) the purpose of those account(s); (d) any transfers into or out of those account(s); and (e) the purpose of such transfer(s).

3.    <u>Continued Rule 30(b)(6) Deposition</u>. At a time mutually convenient to the parties **between October 21 and November 4, 2022**, plaintiff shall produce Mr. Callejas for additional deposition testimony pursuant to Fed. R. Civ. P. 30(b)(6), limited to one half-day (3.5 hours).

4.    <u>Discovery Close</u>. The close of fact discovery is EXTENDED to **November 4, 2022**, for the limited purposes set forth above.

5. <u>Summary Judgment</u>. The parties shall file pre-motion conference letters with respect to summary judgment, if any, no later than **November 18, 2022**.

Dated: New York, New York
October 3, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**