UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
U.S. BANK NATIONAL ASSOCIATION,

                      Plaintiff,

      -against-

MATTONE GROUP JAMAICA CO., LLC, ET AL.,

                    Defendants.

------------------------------------------------------------------ x

21-CV-9342 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    As discussed in today's Court conference, Defendants are granted leave to file their Amended Counterclaims by March 13, 2023.

    The parties are then ordered to file a Joint Status Report as to how they wish to proceed by March 20, 2023.

**SO ORDERED.**

Dated:    New York, New York
             February 27, 2023

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**