UNITED STATES DISTRICT COURT
SOURCE DISTRICT OF NEW YORK

------------------------------------------------------------- x

U.S. BANK NATIONAL ASSOCIATION,

                      *Plaintiff*,

      -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                      *Defendants*.

------------------------------------------------------------- x

1:21-CV-09342 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' joint status report dated May 22, 2023. ECF No. 83. Plaintiff's request to file a summary judgment motion on the Complaint is DENIED at this stage. Plaintiff's request to file a motion to dismiss Defendants' counterclaims and third-party complaint is GRANTED.

The parties are ORDERED to confer and complete a scheduling order on outstanding discovery on or before June 13, 2023.

**SO ORDERED.**

**Dated:   May 30, 2023**
           **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**