UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                *Plaintiff*,

      -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                *Defendants*.

-------------------------------------------------------------- x

1:21-CV-09342 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' joint letter dated June 13, 2023. ECF No. 85. Defendants' requests to compel Plaintiff to respond to the Amended Counterclaims and Third-Party Complaint and to respond to additional discovery requests is **DENIED**. Plaintiff's request to move for summary judgment is **GRANTED**.

**SO ORDERED.**

**Dated:**   **July 19, 2023**
          **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**