UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                   *Plaintiff*,

   -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                   *Defendants*.

-------------------------------------------------------------------- x

1:21-CV-09342 (ALC)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Thursday, July 27, 2023 at 10:30AM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **July 21, 2023**
            **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**