UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                *Plaintiff*,

     -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                *Defendants*.

-------------------------------------------------------------------- x

1:21-CV-09342 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the parties' joint status report dated August 17, 2023, ECF No. 89. Defendant's request to compel Plaintiff to respond to outstanding discovery requests is **DENIED**. After Plaintiff produces the documents it agreed to produce by August 31, 2023, discovery is closed. Plaintiff is **GRANTED** leave to move for summary judgment on its foreclosure claims. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

    Motion for Summary Judgment:    September 12, 2023

    Opposition to Motion:    September 26, 2023

    Reply to Opposition:    October 3, 2023

    Additionally, the Clerk of the Court is directed to close the open motion at ECF No. 51.

**SO ORDERED.**

**Dated:**    **August 29, 2023**
              **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**