UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                *Plaintiff,*

        -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                *Defendants.*

-------------------------------------------------------------------
                                                         x

1:21-CV-09342 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' letters regarding Defendant's request to move for sanctions against Plaintiff, ECF Nos 113-116. Defendant is **GRANTED** leave to move for sanctions. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

    Motion for Sanctions:              November 22, 2023

    Opposition to Motion:             December 6, 2023

    Reply to Opposition:              December 13, 2023

**SO ORDERED.**

**Dated:    November 16, 2023**
              **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**