**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**U.S. BANK NATIONAL ASSOCIATION,**   :
:
*Plaintiff*,   :
:   **1:21-cv-09342 (ALC)**
-against-   :
:   <u>**CONFERENCE ORDER**</u>
**MATTONE GROUP JAMAICA CO., LLC,**   :
**ET AL.,**   :
:
*Defendants*.   :
:
------------------------------------------------------------------ :
x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on Thursday, September 26, 2024 at 2:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: September 19, 2024**
    **New York, New York**                               _____
                                                                            **ANDREW L. CARTER, JR.**
                                                                            **United States District Judge**