UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,                :
:
                   *Plaintiff*,                        :
:    1:21-cv-09342 (ALC)
   -against-                                                  :
:    **<u>AMENDED</u>**
MATTONE GROUP JAMAICA CO., LLC,        :    **<u>CONFERENCE ORDER</u>**
ET AL.,                                                               :
:
                   *Defendants*.               :
:
------------------------------------------------------------------- :
                                                                     x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will reschedule the telephonic conference in this action for Monday, September 30, 2024 at 2:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: September 26, 2024
       New York, New York                                   **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**