UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                *Plaintiff*,

       -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

               *Defendants*.

-------------------------------------------------------------------- x

1:21-CV-09342 (ALC)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Thursday, December 5, 2024 at 3PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **November 13, 2024**
             **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**