UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                 *Plaintiff*,

   -against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

                 *Defendants*.

-------------------------------------------------------------------
                                              x

1:21-CV-09342 (ALC)

**AMENDED CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Thursday, December 5, 2024 at 3PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated:   December 3, 2024**
            **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**