**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**U.S. BANK NATIONAL ASSOCIATION,**

                     *Plaintiff*,

    -against-                                    **1:21-cv-09342 (ALC)**

**MATTONE GROUP JAMAICA CO., LLC,**
**ET AL.,**                                           **CONFERENCE ORDER**

                     *Defendants*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a status conference in this action on Tuesday, January 7, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: December 5, 2024**
       **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**