UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

      *Plaintiff*,

  -against-

MATTONE GROUP JAMAICA CO., LLC, ET AL.,

      *Defendants*.

------------------------------------------------------------------- x

1:21-cv-09342 (ALC)

**<u>AMENDED CONFERENCE ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court will hold a status conference in this action on Friday, February 28, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: February 21, 2025**
   **New York, New York**

                **ANDREW L. CARTER, JR.**
                **United States District Judge**