UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,     :
    :
                   *Plaintiff*,     :
    :    1:21-cv-09342 (ALC)
   -against-     :
    :    <u>**AMENDED**</u>
MATTONE GROUP JAMAICA CO., LLC,     :    <u>**CONFERENCE ORDER**</u>
ET AL.,     :
    :
                   *Defendants*.     :
    :
------------------------------------------------------------------- :
    x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a status conference in this action on Friday, February 28, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: February 24, 2025**
       **New York, New York**                                   **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**