UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
U.S. BANK NATIONAL ASSOCIATION,              :
                                              :
                  *Plaintiff*,              :
                                              :   1:21-CV-09342 (ALC) (BCM)
   -against-                                 :
                                              :   **ORDER OF**
MATTONE GROUP JAMAICA CO., LLC,              :   **ADJOURNMENT**
ET AL.,                                       :
                                              :
                  *Defendants*.             :
                                              :
                                              :
------------------------------------------------------------------ :
                                              :
                                              x

**ANDREW L. CARTER, JR., District Judge:**

      The previously scheduled telephone conference on Friday, February 28, 2025 is adjourned. The parties are hereby ordered to file a joint status report by March 21, 2025.

**SO ORDERED.**

**Dated:   February 28, 2025**
           **New York, New York**         _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**