UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

  -against-

MATTONE GROUP JAMAICA CO., LLC, et al.,

        Defendants.

21-CV-9342 (ALC) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/25
```

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the letter-motion filed by Holland & Knight, LLP (H&K) to quash the subpoena served on it by defendant Mattone Group Jamaica Co., LLC (Mattone) (Dkt. 225), together with Mattone's opposition letter and H&K's reply (Dkts. 226, 228). The Court will conduct a discovery conference on **December 4, 2025 at 10:00 a.m.**

Dated: New York, New York
       November 20, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**