UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

    -against-

MATTONE GROUP JAMAICA CO., LLC,
et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/25

21-cv-09342 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter (Dkt. 235) setting forth their respective proposals for the Fed. R. Civ. P. 31 deposition of Holland & Knight LLP. To assist the Court in resolving the dispute, defendant Mattone Group must promptly submit copies of Exhibits 1 through 8 (as referenced in the proposed written questions). If any exhibit or portion thereof has been designated as confidential, it may be submitted to the Court via email (in unredacted form). Otherwise, the exhibits may be docketed as attachments to Mattone Group's cover letter.

Dated: New York, NY
       December 23, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**