UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

U.S. BANK NATIONAL ASSOCIATION,                    :
                                                   :
                                   *Plaintiff,*    :
                                                   :       1:21-CV-09342 (ALC)
                -against-                           :
                                                   :
MATTONE GROUP JAMAICA CO., LLC,                    :       **ORDER**
ET AL.                                             :
                                                   :
                                   *Defendants.*   :
                                                   :
                                                   :
------------------------------------------------------------------- :
                                                   :
                                                   x

**ANDREW L. CARTER, JR., District Judge:**

Now before the Court are the following:

- Defendant's Motion for Reconsideration (Dkt. No. 195);

- Defendant's request for a pre-motion conference in anticipation of filing a motion to

  dismiss (Dkt. No. 210); and

- Plaintiff's request for a pre-motion conference in anticipation of filing a motion for

  summary judgment (Dkt. No. 222)

Having reviewed and considered each of the foregoing, as well as all oppositions filed

thereto, and Defendant's Reply in further Support of its Motion for Reconsideration (Dkt. No.

207), each motion is **DENIED**, but Defendant is **GRANTED** leave to file its Motion to Dismiss.

The Court hereby sets the following briefing schedule for the Motion to Dismiss:

- Defendant's Motion to Dismiss is due by **February 10, 2026**

- Plaintiff's Opposition, if any, is due by **February 24, 2026**

- Defendant's Reply, if any, is due by **March 3, 2026**

1

The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 195, 210, and 222-223.

**SO ORDERED.**

**Dated:**      **January 20, 2026**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

2