UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *Plaintiff*, -against- MATTONE GROUP JAMAICA CO., LLC, ET AL. *Defendants*. | 1:21-CV-09342 (ALC) **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The pre-motion conference previously scheduled for September 23, 2026, at 10:00am is **ADJOURNED** to **September 23, 2026,** at **11:00 a.m.** The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

**Dated:** **September 22 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**