UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>*Plaintiff*,<br><br>-against-<br><br>MATTONE GROUP JAMAICA CO., LLC, ET AL.<br><br>*Defendants*. | : | 1:21-CV-09342 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

As stated on the record at the September 23, 2026, hearing, the Court schedules a hearing for November 10, 2026, at 2:00 p.m. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

It is **FURTHER ORDERED** that the parties shall file a joint status report regarding settlement discussions by October 13, 2026.

**SO ORDERED.**

**Dated:** **September 23, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**