UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

*Plaintiff*,

-against-

MATTONE GROUP JAMAICA CO., LLC, *et al*.

*Defendants*.

MATTONE GROUP JAMAICA CO., LLC,

*Counter-Plaintiff*,

-against-

U.S. BANK NATIONAL ASSOCIATION,

*Counter-Defendant*.

CARL F. MATTONE,

*Cross-Claimant*,

-against-

MATTONE GROUP JAMAICA CO., LLC, *et al*.,

*Cross-Defendants*.

MATTONE GROUP JAMAICA CO., LLC,

*Third-Party Plaintiff*,

-against-

RIALTO CAPITAL ADVISORS, LLC.

*Third-Party Defendant*.

1:21-CV-09342 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record at the September 23, 2026, hearing, Defendants Michael X. Mattone and Mattone Group's Motion for Reconsideration, ECF No. 254, is **DENIED**. Defendants' Motions at ECF No. 263 and 267 are **DENIED** as moot.

The Clerk of Court is respectfully directed to terminate ECF Nos. 254, 263, and 267.

**SO ORDERED.**

**Dated:** **October 1, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**