UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

U.S. BANK NATIONAL ASSOCIATION,

*Plaintiff*,

-against-

MATTONE GROUP JAMAICA CO., LLC,
ET AL.

*Defendants*.

---------------------------------------------------------------------- x

1:21-CV-09342 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

In light of the parties' representations in their latest joint status report, Dkt. 279, the hearing previously scheduled for November 10, 2026, at 2:00 p.m. is **ADJOURNED** without a date.

It is **FURTHER ORDERED** that the parties shall file a joint status report regarding settlement by December 14, 2026.

**SO ORDERED.**

**Dated:** **November 9, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**